IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LYNN WASHINGTON,

Defendant.

**8:26CR143**

**ORDER**

**THIS MATTER** is before the court on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, Lynn Washington (Filing No. 16). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Lynn Washington. Therefore, Kelly M. Steenbock's motion to withdraw (Filing No. 16) will be granted.

Kelly M. Steenbock shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to Lynn Washington's defense.

The clerk shall provide a copy of this order to Chinedu Igbokwe.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge